UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| UNITED STATES OF AMERICA | :   Criminal No.: 15 cr 826 |
| v. | :   Filed: |
| PETER SHINE, | :   Violation:     26 U.S.C. § 7206(1) |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## INFORMATION

The United States of America, acting through its attorneys, charges:

1.    PETER SHINE ("SHINE") is hereby made a Defendant on the charge stated below.

## FALSE SUBSCRIPTION
### (26 U.S.C. § 7206(1))

During the period covered by this Count:

2.    SHINE resided in Orangeburg, New York.

3.    SHINE was the 100 percent owner of Company-1, a construction company located in Orangeburg, New York.  Company-1 was a sole proprietorship whose income and expenses were reported on a Schedule C that was filed with SHINE's individual income tax return.

## DESCRIPTION OF THE OFFENSE

4.    On or about October 15, 2014, in the Southern District of New York and elsewhere, SHINE unlawfully, willfully, and knowingly did make and subscribe to a U.S. Individual Income Tax Return, Form 1040, for the tax year 2013, which was verified by a

written declaration by SHINE that it was made under penalties of perjury, and which income tax return he did not believe to be true and correct as to every material matter, in that Line 43 reported $6,934.00 as "taxable income," whereas, he then and there well knew and believed that Line 43 substantially understated his true taxable income, in violation of Title 26, United States Code, Section 7206(1).

IN VIOLATION OF TITLE 26, UNITED STATES CODE, SECTION 7206(1).

Dated: December 2, 2015

WILLIAM J. BAER
Assistant Attorney General

JEFFREY D. MARTINO
Chief, New York Office

BRENT SNYDER
Deputy Assistant Attorney General

STEPHEN J. McCAHEY
Assistant Chief, New York Office

MARVIN N. PRICE, Jr.
Director of Criminal Enforcement
Antitrust Division
U.S. Department of Justice

MARY ANNE F. CARNIVAL

HELEN CHRISTODOULOU

PREET BHARARA
United States Attorney
Southern District of New York

STEPHANIE RANEY

MILOSZ GUDZOWSKI
Attorneys, Antitrust Division
U.S. Department of Justice
26 Federal Plaza, Room 3630
New York, New York 10278
(212) 335-8011

2